# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

TAMERA NICOLE KING,

    Plaintiff,

v.                                              CASE NO. 4:14cv638-RH/GRJ

JAMES MEJIA et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 29, and the objections ECF No. 30. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The defendants' motion to dismiss or for summary judgment, ECF No. 26, is granted.

3. The clerk must enter judgment stating, "This action was resolved on a motion for summary judgment. It is ordered that the plaintiff Tamera Nicole King

recover nothing.  The claims against the defendants Jamie Mejia and Durwood Gandee, M.D., are dismissed on the merits.  All other claims against all other parties or former parties are dismissed."

    4.  The clerk must close the file.

    SO ORDERED on October 27, 2015.

                              s/Robert L. Hinkle
                              United States District Judge